**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Terance Neal, Sr., and Breanna L. Sims, Defendants,

Of whom Terance Neal, Sr. is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000422

————————

Appeal From Fairfield County
Rosalyn Frierson-Smith, Family Court Judge

————————

Unpublished Opinion No. 2022-UP-082
Submitted February 16, 2022 – Filed February 23, 2022

————————

**AFFIRMED**

————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Tracy L. Bomar-Howze, of The Howze Law Firm, of
Rock Hill, for Respondent.

Susan Margaret Johnston, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:** Terance Neal, Sr. appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Neal's counsel.

**AFFIRMED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.